IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SANDERS JR., PARIS ) | CHAPTER 7 |
| XXX-XX-1466 ) | CASE NO. 18-18281-JGR |
| SANDERS, JANICE MARIE ) | |
| XXX-XX-5914 ) | |
| Debtor(s). ) | |

### TRUSTEE'S MOTION TO COMPEL TURNOVER OF ESTATE PROPERTY

Robertson B. Cohen, the Chapter 7 Trustee herein ("Trustee"), moves this Court for an order compelling the above-captioned Debtor to turnover certain property of the estate to the Trustee pursuant to 11 U.S.C. §§521(a)(3),(4), 541 and 542(a). In support thereof, Trustee states as follows:

1.  Debtors filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code and supporting schedules and statements (collectively referred to herein as Debtor's "Original Schedules") on September 21, 2018. A meeting of creditors in this case was conducted on November 5, 2018.

2.  At the time of filing Debtors had certain property and exempted the same as follows ("Property"):

| Asset | Scheduled Value | Secured Debt | Exemption Claimed |
|---|---|---|---|
| 2014 Dodge Durango | $20,000 | 0 | $18,000 |
| 2013 Victory Vision | 7,790 | $0 | $7,000 |
| 2008 Honda Goldwing | $14,300 | $0 | $0 |
| Firearms | $500 | $0 | $0 |
| **Total** | **$42,590** | **$0** | **$25,000** |

3.  Accordingly the non-exempt equity is approximately $17,590. Though it should be noted that Trustee's auctioneer has valued the assets (based only on VIN & pictures provided) as low as $33,500. Regardless this still leaves non-exempt equity to be administered. Trustee has reached out to Debtor with this information with an offer for settlement but has not heard back. As such, Trustee needs to liquidate the Property. Trustee will pay Debtors the allowed exemption from any sale however the non-exempt equity will be administered.

4. Trustee requests that Debtor turnover Property to Trustee or the Trustee's Agent within ten (10) days.

WHEREFORE, Trustee prays for an Order, in the form of which is submitted herewith, compelling Debtor to turnover the 2014 Dodge Durango, 2013 Victory Vision motorcycle, 2008 Honda Goldwing motorcycle and Taurus PT 111 firearm to the Trustee or the Trustee's Agent within ten (10) days of the date of the entry of such Order and further relief as this Court deems as just and proper.

Dated this January 17, 2019

Respectfully submitted,

*/s/ Robertson B. Cohen*
Robertson B. Cohen, Chapter 7 Trustee
1720 S Bellaire Suite 205
Denver, CO 80222
Phone: (303) 933-4529
Email: trusteecohen@cohenlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2019, a true and correct copy of the foregoing TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY was duly served by placing the same, postage pre-paid, in the United States mail, addressed as follows and via CM/ECF electronic service:

| | |
|---|---|
| Paris Sanders, Jr.<br>3405 Sinton Rd<br>Lot 26<br>Colorado Springs, CO 80907-5019 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 |
| Janice Marie Sanders<br>3405 Sinton Rd<br>Lot 26<br>Colorado Springs, CO 80907-5019 | Robert J. Doig<br>*via CM/ECF electronic service* |
| | |

*/s/ Beth Saville*
Beth Saville