UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER 7 |
| SANDERS JR., PARIS | ) | CASE NO. 18-18281-JGR |
| XXX-XX-1466 | ) | |
| SANDERS, JANICE MARIE | ) | |
| XXX-XX-5914 | ) | |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF WITHDRAW OF DOCUMENT

Robertson B. Cohen, Chapter 7 Trustee ("Trustee") of the above-referenced case, files his Notice of Withdrawal of Document and hereby states as follows:

1. On January 17, 2019, Trustee filed a Motion to Compel Turnover of vehicles and firearms (Docket No. 15).

2. On or about January 24, 2019, Debtors turned over nonexempt vehicle and funds in the amount of $600.00 to the Trustee.

3. Based on the forgoing, Trustee withdraws his Motion to Compel Turnover listed at Docket No. 15.

Dated this February 8, 2019.

Respectfully submitted,

ROBERTSON B. COHEN, TRUSTEE

By: *Robertson B. Cohen*
Robertson B. Cohen, Chapter 7 Trustee
1720 S Bellaire Suite 205
Denver, CO 80222
(303) 933-4529
trusteecohen@cohenlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 8, 2019 a true and correct copy of the Notice of Withdrawal of Document was delivered via CM/ECF electronic service and regular mail, U.S. Postage prepaid to the parties listed below.

| | |
|---|---|
| Janice & Paris Sanders, Jr.<br>3405 Sinton Rd<br>Lot 26<br>Colorado Springs, CO 80907-5019 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 |
| | Robert J. Doig<br>*via CM/ECF electronic service* |
| | |

*/s/ Beth Saville*